AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00246 |
| DEREK JANCART | ) Assigned to: Judge Harvey, G. Michael |
| | ) Assign Date: 2/22/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*         **DEREK JANCART**         ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 02/22/2021

Digitally signed by G. Michael Harvey
Date: 2021.02.22 09:05:57 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.         G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 02/22/2021, and the person was arrested on *(date)* 02/23/2021
at *(city and state)* Canal Winchester, Ohio.

Date: 02/23/2021

*Arresting officer's signature*

SA Stuart M. Bronstein
*Printed name and title*