*Connie M. Whitmore*
*908 Township Road 262*
*Bloomingdale, OH 43910*

September 2, 2021

The Honorable James E. Boasberg
U.S. District Court
Washington, D.C.

    RE:    Reference: Derek Joseph Jancart

Dear Honorable Boasberg:

    I am writing to you regarding Derek Joseph Jancart and my knowledge of this gentlemen.

    Derek completed his education at Indian Creek High School located in Wintersville, Ohio. Not only was Derek a good student and an outstanding athlete, he was known for his kindness and concern for other students, his neighbors and family.

    Derek also served honorably in the U.S. Air Force and during his service again showed his concern for others including his country.

    At one time, Derek met a man and his wife and children that were down on their luck. He could have just walked away and allowed this family to be homeless and hunting for ways to survive. Derek took them into his home, provided food and clothing and made sure the children had what they needed for their daily lives, including school supplies and made sure that they had a wonderful Christmas. Derek has always put other people and their needs ahead of his needs.

    Unfortunately, due the times that we are living in now, there has been a lot of excitement and frustration regarding our government. While Derek was at the Capitol during the protest, the security police walked into the doors of the capitol, leaving the doors open, encouraging people to believe that it was okay to enter the Capitol Building.

    I have known Derek to be a honorable person and proud to be American. He proved that by being a good student, athlete, soldier in the Air Force and Air Force Reserves, and being there for anyone that needed him, including family, friends, and neighbors.

    I feel that he is an upstanding citizen and wish there were more like him.

    I would like to thank you for taking time to read my correspondence and pray that you will consider my observations concerning Derek Joseph Jancart.

                                                                        Sincerely,

                                                                        Connie M Whitmore

                                                                        Connie M. Whitmore



Saturday, August 27, 2021

To:
The Honorable
James E. Boasberg,
United States District Court
Washington D.C.

Your Honor:
Please excuse my simple and
   direct style.

My knowledge of Derek J. Jancart
radically differs from my
understanding of criminal activity.

thank you in advance for
considering my limited observations.

———

Fr. V. J. Huber
an old retired priest.