To the Honorable James E Boasberg

      This is a character letter I am writing on behalf of Derek Jancart. I met Derek through my daughter. They dated briefly back in early 2000's. He was still in the Air Force at that time and they attempted the long distance, but it did not work. Derek was still concerned for our daughter due to her social group she started hanging with. He organized an intervention with our family and some close friends to try to help her.

Even though this intervention was unsuccessful, Derek had become part of our family. Our boys thought of him as an older brother and loved him. He was always helpful and involved with the boys sports and birthday parties. My husband and him spent a lot of time together fishing or hunting. They would work on projects around our house or with fixing up old boats.

I have always thought of Derek as a stand-up person whom I trusted to watch my children and be around them.

Even though Derek has moved to Columbus and we have lost direct contact with each other, through social media he has been able to keep up to date on our boys' activities and lives. Posting and commenting through the years.

Jennifer and Dale Harvey